4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Van Culver,

    Defendant.
_____/

Violations:
18 U.S.C. § 922(g)(1)

Case: 5:22-cr-20112
Judge: Levy, Judith E.
MJ: Altman, Kimberly G.
Filed: 03-01-2022 At 04:17 PM
INDI USA V CAN CULVER (SS)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
*Felon in Possession of a Firearm*
18 U.S.C. § 922(g)(1)

On or about November 28, 2021, in the Eastern District of Michigan, Southern Division, the defendant, Van Culver, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Hi Point JCP, .40 caliber semiautomatic handgun, said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

As a result of violating Title 18, United States Code, Section 922(g), as set forth in this Indictment, upon conviction the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c). Such property includes, but is not limited to:

- One Hi Point JCP, .40 caliber semiautomatic handgun; and
- 8 Rounds Assorted Ammunition.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/ Benjamin Coats*
BENJAMIN COATS
Chief, General Crimes Unit
Assistant United States Attorney


*s/ Sarah Youngblood*
SARAH YOUNGBLOOD
Assistant United States Attorney


Dated: March 1, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Co... | Case: 5:22-cr-20112<br>Judge: Levy, Judith E.<br>MJ: Altman, Kimberly G.<br>Filed: 03-01-2022 At 04:17 PM<br>INDI USA V CAN CULVER (SS) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co...

### Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: SAY |

**Case Title:** USA v. Van Culver

**County where offense occurred:** Wayne

**Check One:** ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 1, 2022
Date

Sarah Youngblood
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9581
Fax:    313-226-2372
E-Mail address: sarah.youngblood@usdoj.gov
Attorney Bar #: IL6324888

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.