UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,      Case No. 22-cr-20112

v.                                  Judith E. Levy
                                   United States District Judge

Van Culver,
                                   Mag. Judge Kimberly G. Altman

                Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [28]

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 28) recommending the Court deny Defendant Van Culver's motion to suppress evidence. (ECF No. 15.) The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 28) is ADOPTED; and

Defendant's motion to suppress evidence (ECF No. 15) is DENIED.[1]

IT IS SO ORDERED.

Dated: December 14, 2022     s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 14, 2022.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).